# United States District Court For The Northern District of Illinois

**Nicole Williams,**
    Plaintiff(s),
vs.

**First Acceptance Corporation dba Acceptance Insurance,**
    Defendant(s).

CASE NO.: 1:17 CV 03539

Court Date: N/A



For: **Hollander Law - Eugene K Hollander Law Offices**

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

**First Acceptance Service Inc c/o Illinois Corpopration Service Co., 801 Adlai Stevenson Dr., Springfield, IL62703.**

I, **Greg Willing**, being first duly sworn on oath, depose and say the following:

I SERVED, on **May 16, 2017 at 1:41 PM**, the within

**Summons and Complaint, Civil Cover Sheet, EXhibit(s)** In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **LYLE NIEMAN** Title: **Customer Service Representative**, an officer or agent of First Acceptance Service Inc c/o Illinois Corpopration Service Co..

At 801 Adlai Stevenson Dr., Springfield, IL62703.

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown | 55 | 5'07" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee: **$75.00**

State of Illinois
\_\_LOGAN_____ County
Signed and sworn to before me on
this \_\_16th\_\_ day of \_\_May\_\_, 2017.

_____
NotaryPublic

SERVED BY:_____
Process Server Number: 129-261847
Meador Investigations
PO Box 157
Lincoln, IL62656
217.732.1585
IL Lic#117-001077

"OFFICIAL SEAL"
MICHELLE BUETTNER
Notary Public, State of Illinois
My Commission Expires 7/14/2020

*315101*