## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JULIA CASTELLON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  17-cv-03770 |
| | ) | |
| TERRACE PAPER COMPANY LLC, | ) | |
| TERRACE PAPER COMPANY, INC. | ) | Judge Joan H. Lefkow |
| TERRACE HOLDING COMPANY, | ) | |
| LBP MANUFACTURING, INC., | ) | Magistrate Judge Sheila Finnegan |
| LBP MANUFACTURING LLC, and | ) | |
| JABODON PT COMPANY, d/b/a | ) | |
| PRITZKER GROUP PRIVATE CAPITAL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned attorneys, hereby stipulate that all claims in this matter against TERRACE PAPER COMPANY LLC, TERRACE PAPER COMPANY, INC., TERRACE HOLDING COMPANY, LBP MANUFACTURING, INC. and JABODON PT COMPANY, d/b/a PRITZKER GROUP PRIVATE CAPITAL are dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.  All claims against LBP MANUFACTURING LLC remain pending.

Dated: June 8, 2017                                           Respectfully submitted,

          Plaintiff,                                                   Defendants,

By:    /s/ Paul W. Ryan                         By:    /s/ Nadine C. Abrahams
       One of her attorneys                             One of their attorneys

       Eugene K. Hollander                              Nadine C. Abrahams
       Paul W. Ryan                                     Melanie I. Stewart
       The Law Offices of Eugene K. Hollander           Jackson Lewis P.C.
       230 W. Monroe, Suite 1900                        150 North Michigan Avenue
       Chicago, IL 60606                                Chicago, IL 60601
       (312) 425-9100                                   (312) 787-4949