# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JULIA CASTELLON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:17-cv-03770 |
| TERRACE PAPER COMPANY LLC, TERRACE PAPER COMPANY, INC., TERRACE HOLDING COMPANY, LBP MANUFACTURING, INC., LBP MANUFACTURING LLC, and PRITZKER GROUP PRIVATE CAPITAL, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LBP Manufacturing LLC ("LBP"), by and through its attorneys Nadine C. Abrahams and Melanie I. Stewart, certifies that LBP Holdings LLC is the parent corporation of LBP and no publicly held corporation owns more than ten percent or more of its stock.

DATED: June 13, 2017                              **LBP MANUFACTURING LLC**

                                                  /s/ Nadine C. Abrahams
                                                  One of Defendant's Attorneys

Nadine C. Abrahams
Melanie I. Stewart
Jackson Lewis P.C.
150 North Michigan Ave.
Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
AbrahamsN@jacksonlewis.com
Melanie.Stewart@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Nadine C. Abrahams, an attorney, certify that on June 13, 2017, I caused a true and correct copy of the foregoing **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system

/s/ Nadine C. Abrahams

4827-9075-4634, v. 1