UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA CASTELLON, | ) |
| Plaintiff, | ) |
| | ) Case No. 17 C 3770 |
| v. | ) Honorable Joan H. Lefkow |
| LBP Manufacturing LLC, | ) |
| Defendant. | ) |

## ORDER

Pursuant to Partial Stipulation of Dismissal With Prejudice [12], Terrace Paper Company LLC, Terrace Paper Company, Inc., Terrace Holding Company, LBP Manufacturing , Inc., and Jabodon PT Company d/b/a Pritzker Group Private Capital, are dismissed with prejudice as defendants in this case, with the parties to bear their own attorneys' fees and costs. All claims against LBP Manufacturing LLC remain pending.

ENTER:

DATED: June 20, 2017

_____
JOAN HUMPHREY LEFKOW
United States District Judge