
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JULIA CASTELLON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17-cv-03770 |
| ) | |
| TERRACE PAPER COMPANY LLC, ) | |
| TERRACE PAPER COMPANY, INC. ) | Judge Joan H. Lefkow |
| TERRACE HOLDING COMPANY, ) | |
| LBP MANUFACTURING, INC., ) | Magistrate Judge Sheila Finnegan |
| LBP MANUFACTURING LLC, and ) | |
| JABODON PT COMPANY, d/b/a ) | |
| PRITZKER GROUP PRIVATE CAPITAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned attorneys, hereby stipulate that all claims in this matter are dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

Dated: August 30, 2017                                                                                  Respectfully submitted,

Plaintiff,                                                                                                              Defendants,

By:  /s/ Paul W. Ryan                                                         By:  /s/ Nadine C. Abrahams
    One of her attorneys                                                                 One of their attorneys

Eugene K. Hollander                                                             Nadine C. Abrahams
Paul W. Ryan                                                                           Melanie I. Stewart
The Law Offices of Eugene K. Hollander                         Jackson Lewis P.C.
230 W. Monroe, Suite 1900                                                150 North Michigan Avenue
Chicago, IL 60606                                                                 Chicago, IL 60601
(312) 425-9100                                                                      (312) 787-4949