Julia Castellon
                              Plaintiff,

v.                                                        Case No.: 1:17−cv−03770
                                                               Honorable Joan H. Lefkow

LBP Manufacturing LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 1, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing of 9/6/2017 stricken. Pursuant to Stipulation of Dismissal [22], case dismissed with prejudice, with the parties to bear their own attorneys' fees and costs. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.